**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DIVISION OF ARKANSAS**
**NORTHERN DIVISION**

**ALAN DOERING**                                                                                  **PLAINTIFF**

**VS.**                                        **3:23-CV-00064-BRW**

**WELL PATH,** *et al*.                                                                  **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is DISMISSED, without prejudice.

IT IS SO ORDERED this 14th day of April, 2023.


                                            Billy Roy Wilson
                                            UNITED STATES DISTRICT JUDGE